JUSTICE TRIEWEILER
specially concurring.
Justice Leaphart’s special concurrence is based on the premise that evidence of sexual preference is evidence of a person’s character. I disagree. The fact that a person is heterosexual, homosexual, or *367 bisexual is no more evidence of that person’s character than being left-handed is evidence of character.
The question is simply whether the evidence is relevant to any material issue.
Furthermore, I disagree that those cases which involve the molestation of children are in any way relevant to the issue in this case. Evidence that someone has engaged in conduct which constitutes a serious criminal offense and is harmful to others is not analogous to evidence of a person’s sexual preference among other consenting adults.
For these reasons, I disagree that Rule 404(a)(1), M.R.Evid., is applicable to the evidence offered in this case.